[Cite as *In re G.R.*, 2019-Ohio-831.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

BUTLER COUNTY


IN RE: : 

    G.R., et al. : CASE NOS. CA2018-11-216
                                       CA2018-11-217

                                 : CA2018-11-218

                                 : D E C I S I O N
                                       3/11/2019

                                 : 


APPEAL FROM BUTLER COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case Nos. JN2017-0120, JN2017-0121, & JN2017-0122


Michael T. Gmoser, Butler County Prosecuting Attorney, John C. Heinkel, Government Services Center, 315 High Street, 11th Floor, Hamilton, OH 45011-6057 for appellee

Garrett Law Offices, Dawn S. Garrett, 9435 Waterstone Blvd., Suite 140, Cincinnati, Ohio 45249 for appellant

Nicole Stephenson, 10 Journal Square, Suite 300, Hamilton, Ohio 45011, attorney for children, H.R. and G.R.

Carol Garner, 9435 Waterstone Blvd., Suite 140, Cincinnati, Ohio 45249, guardian ad litem for children, H.R. and G.R.

Brian Davidson, 10 Journal Square, Suite 300, Hamilton, Ohio 45011, attorney and guardian ad litem for child, A.R. Jr.


**Per Curiam.**

    **{¶1}**  This cause came on to be considered upon a notice of appeal filed by

appellant, A.R., Sr., the transcript of the docket and journal entries, the transcript of

proceedings and original papers from the Butler County Court of Common Pleas, Juvenile Division, and upon the briefs.

{¶2}  Appellant's counsel has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists two potential errors "that might arguably support the appeal," *Anders*, at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant at appellant's last known address.

{¶3}  Having allowed appellant sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellant's rights in the proceedings in the trial court.  The motion of counsel for appellant requesting to withdraw as counsel is granted, and this appeal is dismissed for the reason that it is wholly frivolous.

RINGLAND, P.J., S. POWELL and M. POWELL, JJ., concur.

- 2 -

[Cite as *In re G.R.*, 2019-Ohio-831.]